Marshall, CJ., Kinkade, Robinson and Matthias, JJ., concur. Jones and Day, JJ., concur in the syllabus but not in the judgment, since they do not agree with the law pronounced in **Heidle v. Baldwin, 118 Ohio St., 375.**

STATE AUTOMOBILE INSURANCE ASSN v LINN

Ohio Supreme Court
No 22079.  Decided May 14, 1930

Marshall, CJ., Kinkade, Robinson, Matthias and Allen, JJ., concur.